IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>   Plaintiff, )<br>   )<br>vs. )<br>   )<br>DESIDERIO CRUZ-BASILO, )<br>   )<br>   Defendant. ) | CRIMINAL NO. 05-30158-DRH |

## ORDER GRANTING MOTION FOR DESTRUCTION OF FIREARM

Upon motion of the United States, Immigration and Customs Enforcement, or any person authorized by said agency, is directed to destroy the Savage Arms, .22 long rifle, Stevens Model 62, bearing serial number 0009480, seized from the above-named defendant as well as any ammunition seized with said firearm.

Date: November 1, 2006

/s/     David   RHerndon
United States District Judge